IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RONNIE MEDINGER,

        Plaintiff,        Civil No. 11-470-HO

        v.        ORDER

JACKSON COUNTY, et al.,

        Defendants.

HOGAN, District Judge.

    Plaintiff's Motion to amend complaint (#35) is allowed. Plaintiff is allowed 45 days from the date of this order to file an amended complaint. No further amendments will be allowed. Plaintiff's Motion (#37) is denied as moot.

    Defendants' motions to dismiss (#20) and (#24) are denied without prejudice to seek reconsideration after plaintiff has filed an amended complaint.

    IT IS SO ORDERED.

    DATED this 14th day of December, 2011.

                      Michael R. Hogan
                      United States District Judge

1 - ORDER